■ Evelyn Buchholz et al., Appellants, v A.L.A.C. Contracting Corporation, Respondent. [996 NYS2d 175]—

In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Suffolk County (LaSalle, J.), dated October 2, 2013, which denied their motion pursuant to CPLR 3215 for leave to enter a default judgment against the defendant, and granted the defendant's cross motion pursuant to CPLR 3012 (d) to extend its time to appear and answer the complaint and to compel the plaintiffs to accept service of that answer.

Ordered that the order is affirmed, with costs.

In light of the reasonable excuse for the short delay in appearing and answering the complaint, the lack of prejudice to the plaintiffs resulting from the defendant's short delay in serving an answer, the lack of willfulness on the part of the defendant, and the public policy favoring the resolution of cases on the merits, the Supreme Court providently exercised its discretion in denying the plaintiffs' motion pursuant to CPLR 3215 for leave to enter a default judgment against the defendant, and in granting the defendant's cross motion pursuant to CPLR 3012 (d) to extend its time to appear and answer the complaint and to compel the plaintiffs to accept service of that answer, which had been untimely served (*see* CPLR 2004, 3012 [d]; *Gerdes v Canales*, 74 AD3d 1017, 1018 [2010]; *Hosten v Oladapo*, 52 AD3d 658 [2008]; *Verde Elec. Corp. v Federal Ins. Co.*, 50 AD3d 672 [2008]; *Stuart v Kushner*, 39 AD3d 535 [2007]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.